UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOEY R. YOUNG, III,  )   3:12-cv-00510-MMD-VPC
                    )
        Plaintiff,  )   **MINUTES OF THE COURT**
    vs.             )
                    )   April 17, 2013
ELKO BLACKSMITH SHOP, INC., et al., )
                    )
        Defendants  )
_____)

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Request to Appear Telephonically (Doc. # 21).  Counsel for Plaintiff represents that Plaintiff is currently stationed in military service at Fort Bliss, Texas, and does not have any leave time in the foreseeable future and therefore seeks permission to participate in the Early Neutral Evaluation Session telephonically.  .

      Good cause appearing, Plaintiff's request (Doc. # 21) is **GRANTED.**

      **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK


                                      By:  <u>      /s/                        </u>
                                                  Deputy Clerk