JEFFREY A. DICKERSON
Nevada Bar No. 2690
9585 Prototype Ct., Ste. A
Reno, NV 89521
Phone: (775) 786-6664
Facsimile: (775) 786-7466

JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
CAVENAUGH-BILL LAW OFFICES, LLC.
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
(775) 753-4360-Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEY R. YOUNG, III, | CASE NO. 3:12-cv-00510-MMD-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS |
| JMBS, INC, a Nevada corporation ELKO BLACKSMITH SHOP | |
| Defendant. | |

The parties through their undersigned counsel hereby stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice, each party to bear their own fees and costs.

DATED March 3, 2014.

LAW OFFICE OF                                                                SPIEGEL & URERA, P.A.
JEFFREY A. DICKERSON

JULIE CAVANAUGH-BILL LAW, LLC


\_\_\_\_/s/\_\_\_\_\_                                                                   _____/s/_____
JEFFREY A. DICKERSON                                              MICHAEL R. CARRIGAN
Counsel for Plaintiff                                                         Counsel for JMBA, Inc.

JAD/kdd/young/dismiss stip 2                                      1

ORDER

IT IS HEREBY ORDERED that this matter is hereby dismissed.

IT IS FURTHER ORDERED that each party shall bear their own fees and costs.

DATED this ___3rd___ day of ___March_____, 2014

_____
UNITED STATES DISTRICT JUDGE